**Opinion issued July 11, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-22-00459-CV

———————————————

**SHANNON R. CONWAY, Appellant**

**V.**

**TWIN VILLAS AT CINCO HOMEOWNERS ASSOCIATION, INC.,**
**Appellee**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 21-DCV-283197**

---

## MEMORANDUM OPINION

Appellant, Shannon R. Conway, filed a notice of appeal from the trial court's

January 6, 2022 judgment. Appellant has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on August 15, 2022, and that same day, the court reporter notified the Court that no reporter's record was taken in this case. Accordingly, appellant's brief was due to be filed on or before September 14, 2022. *See* TEX. R. APP. P. 38.6(a). However, no appellant's brief was filed.

On September 21, 2022, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.